UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

04 11904 RCL

| | | |
|---|---|---|
| Iva Dovlentis, | ) | MAGISTRATE JUDGE _____ |
| PLAINTIFF | ) | |
| | ) | |
| v. | ) | Civ. A. No. _____ |
| | ) | |
| Innova, Inc., | ) | |
| DEFENDANT | ) | |
| | ) | |

RECEIPT # 58344
AMOUNT $ ___
SUMMONS ISSUED ___
LOCAL RULE 4.1 ___
WAIVER FORM ___
MCF ISSUED ___
BY DPTY. CLK. ___
DATE ___

**NOTICE OF REMOVAL**

TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS:

Defendant Innova, Inc., pursuant to 28 U.S.C. §§ 1441, 1446 and 1332(a)(1) and (c), hereby removes the action brought against it by Iva Dovlentis in the Middlesex Superior Court of the Commonwealth of Massachusetts and in support states as follows:

1. Plaintiff, a resident of Lowell, Massachusetts, filed a complaint naming Defendant as a defendant in the Middlesex Superior Court Court (*Civ. A. No. 04-3097*). No trial has been had therein. Defendant was provided with a copy of the complaint on or about August 12, 2004. Copies of the Summons, Civil Action Cover Sheet and Complaint are attached as Exhibits A, B and C respectively.

2. Defendant is an Iowa corporation with a principal places of business in Iowa.

3. Plaintiff has alleged against the Defendant tort liability for an exploding pressure cooker and has itemized alleged damages exceeding $228,000.00. Based upon these allegations, and information and belief, Defendant states that the matter in controversy exceeds $75,000, exclusive of interest and costs.

4.  The United States District Court for the District of Massachusetts has diversity jurisdiction over this matter pursuant to 28 U.S.C. § 1332(a)(1) and (c).

5.  This notice of removal is timely and filed pursuant to 28 U.S.C. § 1446(a) and (b).

6.  Certified copies of all process, pleadings and orders served on Defendant in the state court action will be forthcoming from the state court.

**WHEREFORE**, Defendant removes this case to this Court and requests that this Court assume jurisdiction of the case and take all further action as may be required to determine this controversy.

Dated:   August 25, 2004

Defendant Innova, Inc.
by Its Attorneys

_____
Robert L. Ciociola
BBO #084140
Gabriel D. M. Ciociola
BBO # 636072
Litchfield Cavo
6 Kimball Lane, Suite 100
Lynnfield, MA 01940
(781) 309-1500
(781) 246-0167 Fax

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon all counsel of record by first class mail on August 25, 2004.

_____
Robert L. Ciociola

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. Title of case (name of first party on each side only) __Dovlentis v. Innova__

2. Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet. (See local rule 40.1(a)(1)).

   - [ ] I.   160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.
   - [ ] II.  195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730,   *Also complete AO 120 or AO 121
             740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.        for patent, trademark or copyright cases
   - [x] III. 110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
             315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
             380, 385, 450, 891.
   - [ ] IV.  220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660,
             690, 810, 861-865, 870, 871, 875, 900.
   - [ ] V.   150, 152, 153.

3. Title and number, if any, of related cases. (See local rule 40.1(g)). If more than one prior related case has been filed in this district please indicate the title and number of the first filed case in this court.

4. Has a prior action between the same parties and based on the same claim ever been filed in this court?
   YES [ ]   NO [x]

5. Does the complaint in this case question the constitutionality of an act of congress affecting the public interest? (See 28 USC §2403)
   YES [ ]   NO [x]
   If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?
   YES [ ]   NO [ ]

6. Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?
   YES [ ]   NO [x]

7. Do all of the parties in this action, excluding governmental agencies of the united states and the Commonwealth of Massachusetts ("governmental agencies"), residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)).
   YES [x]   NO [ ]

   A. If yes, in which division do all of the non-governmental parties reside?
      Eastern Division [x]   Central Division [ ]   Western Division [ ]

   B. If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies, residing in Massachusetts reside?
      Eastern Division [ ]   Central Division [ ]   Western Division [ ]

8. If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court? (If yes, submit a separate sheet identifying the motions)
   YES [ ]   NO [x]

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME __Gabriel D. M. Ciociola, Esquire, Litchfield Cavo__
ADDRESS __6 Kimball Lane, Suite 100, Lynnfield, MA 01940__
TELEPHONE NO. __781-309-1500__

(Coversheetlocal.wpd - 10/17/02)

JS 44
(Rev. 3/99)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**

Iva Dovlentis

**DEFENDANTS**

Innova, Inc.

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF: Middlesex
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT: Scott
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
978-250-4424
Daniel J. Wilkins
92 Chelmsford St.
Chelmsford, MA 01824

ATTORNEYS (IF KNOWN)
781-309-1500
Robert L. Ciociola
Litchfield Cavo
6 Kimball Ln, Suite 100
Lynnfield, MA 01940

**II. BASIS OF JURISDICTION** (PLACE AN "X" IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒1 | ☐1 | Incorporated or Principal Place of Business In This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business In Another State | ☐5 | ☒5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

**IV. NATURE OF SUIT** (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | PERSONAL INJURY | PERSONAL INJURY | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury — Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☒ 365 Personal Injury — Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | PERSONAL PROPERTY | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | HABEAS CORPUS: | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | ☐ 871 IRS — Third Party 26 USC 7609 | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |

**V. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)

- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

28 USC §§ 1441, 1446 & 1332

**VII. REQUESTED IN COMPLAINT:**
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ Over 75,000.00

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY** (See instructions): JUDGE _____ DOCKET NUMBER _____

DATE: 8/27/04
SIGNATURE OF ATTORNEY OF RECORD: [signature]

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

TO PLAINTIFF'S ATTORNEY: PLEASE CIRCLE TYPE OF ACTION INVOLVED: —
(TORT) — MOTOR VEHICLE TORT — CONTRACT —
EQUITABLE RELIEF — OTHER

# COMMONWEALTH OF MASSACHUSETTS

SUPERIOR COURT
DEPARTMENT
OF THE
TRIAL COURT
CIVIL ACTION

No. 04-3097

.......MIDDLESEX......., ss
[seal]

Iva Doulentis ........., Plaintiff(s)

v.

Innova, Inc. ........., Defendant(s)

## SUMMONS

To the above-named Defendant: Innova Inc., 409 West 76th St., Davenport, Iowa

You are hereby summoned and required to serve upon ...Daniel J. Wilkins........
.................. plaintiff's attorney, whose address is ...92 Chelmsford Street,
Chelmsford, MA 01824................................., an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this court at ...Lowell, MA......
............................................. either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

Witness, Suzanne V. DelVecchio, Esquire, at ...Cambridge, MA.........................
the ......6th...................... day of ...August, 2004...........
................ in the year of our Lord ...2004...... .

Edward J. Sullivan
Clerk

NOTES.
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all such defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.

MO. SUP. — 007

| CIVIL ACTION COVER SHEET | DOCKET NO(S) 04-3097 | Trial Court of Massachusetts Superior Court Department County: Middlesex |
|---|---|---|

**PLAINTIFF(S)** IVA DONLENTIS

**DEFENDANT(S)** INNOVA, INC

**ATTORNEY, FIRM NAME, ADDRESS AND TELEPHONE**
DANIEL J. WILKINS
92 CHELMSFORD STREET, CHELMSFORD, MA 01824
Board of Bar Overseers number: 548511   978-250-5424

**ATTORNEY (if known)**

### Origin code and track designation

Place an x in one box only:
- [ ] 1. F01 Original Complaint
- [ ] 2. F02 Removal to Sup.Ct. C.231,s.104 (Before trial) (F)
- [ ] 3. F03 Retransfer to Sup.Ct. C.231,s.102C (X)
- [ ] 4. F04 District Court Appeal c.231, s. 97 &104 (After trial) (X)
- [ ] 5. F05 Reactivated after rescript; relief from judgment/Order (Mass.R.Civ.P. 60) (X)
- [ ] 6. E10 Summary Process Appeal (X)

### TYPE OF ACTION AND TRACK DESIGNATION (See reverse side)

CODE NO. B05  TYPE OF ACTION (specify): Products Liability  TRACK (A)  IS THIS A JURY CASE? (X) Yes ( ) No

The following is a full, itemized and detailed statement of the facts on which plaintiff relies to determine money damages. For this form, disregard double or treble damage claims; indicate single damages only.

### TORT CLAIMS
(Attach additional sheets as necessary)

IN THE OFFICE OF THE CLERK  AUG 06 2004

Documented medical expenses to date:
1. Total hospital expenses ........................ $ 6,692.46
2. Total Doctor expenses ......................... $ 1,000.00
3. Total chiropractic expenses .................... $ 0
4. Total physical therapy expenses ............... $ 1,500.00
5. Total other expenses (describe) Massages, Medications, etc. ... $ 1,500.00
   Subtotal $ 4,500.00

Documented lost wages and compensation to date .................. $ 100.00
Documented property damages to date ........................... $ 15,000.00
Reasonably anticipated future medical and hospital expenses Potential Plastic Surgery + Grafting ... $ 5,000.00
Reasonably anticipated lost wages ...............................
Other documented items of damages (describe) $ ..........

Brief description of plaintiff's injury, including nature and extent of injury (describe)
The Plaintiff was seriously burned on her chest, forearms, neck and face from a defective pressure cooker designed & manufactured by the Plaintiff $200,000. The Plaintiff has permanent scarring and other disability, pain + suffering.

**TOTAL $ 228,292.46**

### CONTRACT CLAIMS
(Attach additional sheets as necessary)

Provide a detailed description of claim(s):

TOTAL $ ..........

PLEASE IDENTIFY, BY CASE NUMBER, NAME AND COUNTY, ANY RELATED ACTION PENDING IN THE SUPERIOR COURT DEPARTMENT

"I hereby certify that I have complied with the requirements of Rule 5 of the Supreme Judicial Court Uniform Rules on Dispute Resolution (SJC Rule 1:18) requiring that I provide my clients with information about court-connected dispute resolution services and discuss with them the advantages and disadvantages of the various methods."

Signature of Attorney of Record _____  DATE: 8/6/04

6 mcdos-11/99

# COMMONWEALTH OF MASSACHUSETTS

MIDDLESEX, ss.                              SUPERIOR COURT DEPARTMENT
                                            DOCKET NO.
                                                        **04-3097**



IVA DOVLENTIS,                    )
              Plaintiff           )
                                  )
     vs.                          )         **COMPLAINT**
                                  )         (DEMAND FOR JURY TRIAL)
                                  )
INNOVA, INC.                      )
              Defendant           )

## INTRODUCTION

This an action relates to injuries sustained by the Plaintiff occurring on August 7, 2001 resulting from a defective pressure cooker which was designed, manufactured and marketed by the Defendant, Innova, Inc. The Plaintiff suffered serious burns and other related injury attributable to the Defendant's negligence and breach of warranties.

## PARTIES

1. The Plaintiff, Iva Dovlentis, ("Dovlentis"), is an individual residing at 17 Park Street, Lowell, Middlesex County, Massachusetts.

2. The Defendant, Innova, Inc. is which upon information and belief, a corporation organized under the laws of the State of Iowa and does business located at 409 West 76th Street, Davenport, Iowa. The Defendant, Innova, regularly transacts business within the Commonwealth of Massachusetts.

## COUNT I

3. The Defendant is engaged in the manufacture, design and sales of certain consumer products soliciting the patronage of the general public for the sale its goods including certain pressure cookers.

4. The Plaintiff, Dovlentis, purchased a Model 42008, 8 quart stainless steel Pressure Cooker from the Defendant.

5. On August 7, 2001, the Plaintiff removed the new pressure cooker from its original packaging and proceeded to use the product as instructed and as historically used by the Plaintiff.

6. The pressure cooker was significantly defective and failed to operate as warranted and represented. Specifically, the pressure safety mechanism failed and the cooker exploded causing the Plaintiff to be severely injured with burns on arms, neck, face and chest.

7. The pressure cooker was defectively and/or negligently designed and manufactured by the Defendant, Innova, Inc.

8. As a result of said negligence and defective design and manufacturing, Dovlentis received and sustained serious personal injury and continues to experience pain and suffering and experienced significant periods of disability.

WHEREFORE, the Plaintiff, Iva Dovlentis, respectfully demands judgment for damages and costs.

### JURY DEMAND

THE PLAINTIFF DEMANDS A TRIAL BY JURY AS TO ANY ISSUES SO TRIABLE.

IVA DOVLENTIS
By her attorney,

Daniel J. Wilkins, Esquire (BBO#548511)
92 Chelmsford Street
Chelmsford, Massachusetts 01824
(978) 250-4424

Dated: 8/6/04

2