# LITCHFIELD
Attorneys at Law
# CAVO

**WRITER'S ADDRESS:**
6 Kimball Lane, Suite 100
Lynnfield, MA 01940
(781) 309-1500
(781) 246-0167 Fax
email: ciociola@litchfieldcavo.com

September 22, 2004

Clerk of Court
United States District Court
One Courthouse Way
Suite 2300
Boston MA 02210

> **Re:  Iva Dovlentis v. Innova, Inc.**
> **Middlesex Superior Court; C.A. No.:  04-3097**
> **Removed to:  U.S.D.C.; C.A. No. 04-cv-11904-RCL**
> **LC File No.:  9074-950**

Dear Sir or Madam:

Enclosed for filing in connection with the above-referenced matter, please find the following:

1.      Notice of Removal; and

2.      Certified Copies of Pleadings from Middlesex Superior Court.

Kindly stamp the enclosed copy of this letter as proof of filing and return it in the enclosed, stamped, self-addressed envelope. Thank you for your attention to this matter.

Very truly yours,

Robert L. Ciociola

RLC/ggm
Enclosure

cc:   Daniel J. Wilkins, Esquire
         w/enclosures

---

| ILLINOIS | CONNECTICUT | WISCONSIN | NEW JERSEY | MASSACHUSETTS | NEW YORK |
|---|---|---|---|---|---|
| 303 W. Madison St. Suite 300 Chicago, IL 60606 (312) 781-6677 (312) 781-6630 Fax | 40 Tower Lane Suite 200 Avon, CT 06001 (860) 255-5577 (860) 255-5566 Fax | 13555 Bishop's Court Suite 230 Brookfield, WI 53005-6224 (262) 784-8800 (262) 784-8812 Fax | 1930 East Marlton Pike, Ste Q2 Cherry Hill, NJ 08003 (K. Collins Man. Atty.) (856) 854-3636 (856) 751-1230 Fax | 6 Kimball Lane Suite 100 Lynnfield, MA 01940 (781) 309-1500 (781) 246-0167 Fax | 420 Lexington Avenue Suite 400 New York, NY 10170 (212) 434-0100 (212) 434-0105 Fax |

# CIVIL COVER SHEET

The JS–44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

Iva Dovlentis

**DEFENDANTS**

Innova, Inc.

*[stamped:] 2004 SEP 24 P 1:31 US DISTRICT COURT MASS OFFICE*

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF  __Middlesex__
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT __Scott__
(IN U.S. PLAINTIFF CASES ONLY)
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
          TRACT OF LAND INVOLVED.

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Daniel J. Wilkins     978-250-4424
92 Chelmsford St.
Chelmsford, MA 01824

ATTORNEYS (IF KNOWN)        781-309-1500

Robert L. Ciociola
Litchfield Cavo
6 Kimball Ln, Suite 100
Lynnfield, MA 01940

## II. BASIS OF JURISDICTION    (PLACE AN "X" IN ONE BOX ONLY)

☐ 1 U.S. Government
     Plaintiff

☐ 3 Federal Question
     (U.S. Government Not a Party)

☐ 2 U.S. Government
     Defendant

☒ 4 Diversity
     (Indicate Citizenship of Parties
     in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX FOR PLAINTIFF
(For Diversity Cases Only)                                AND ONE BOX FOR DEFENDANT)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury — Med. Malpractice | ☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 423 Withdrawal 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☒ 365 Personal Injury — Product Liability | ☐ 630 Liquor Laws | | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | | ☐ 650 Airline Regs. | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | ☐ 830 Patent | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 690 Other | ☐ 840 Trademark | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **HABEAS CORPUS:** | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | ☐ 871 IRS — Third Party 26 USC 7609 | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |

## V. ORIGIN    (PLACE AN "X" IN ONE BOX ONLY)

☐ 1 Original
     Proceeding

☒ 2 Removed from
     State Court

☐ 3 Remanded from
     Appellate Court

☐ 4 Reinstated or
     Reopened

☐ 5 Transferred from
     another district
     (specify)

☐ 6 Multidistrict
     Litigation

☐ 7 Appeal to District
     Judge from
     Magistrate
     Judgment

## VI. CAUSE OF ACTION   (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

28 USC §§ 1441, 1446 & 1332

## VII. REQUESTED IN COMPLAINT:

CHECK IF THIS IS A **CLASS ACTION**
☐ UNDER F.R.C.P. 23

DEMAND $ 75,000.00
Over

CHECK YES only if demanded in complaint:
JURY DEMAND:  ☒ YES  ☐ NO

## VIII. RELATED CASE(S) (See instructions):
IF ANY

JUDGE _____

DOCKET NUMBER _____

DATE
08/25/04

SIGNATURE OF ATTORNEY OF RECORD
*[signature]* /RDMC

**FOR OFFICE USE ONLY**

RECEIPT # _____    AMOUNT _____    APPLYING IFP _____    JUDGE _____    MAG. JUDGE _____

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

2004 SEP 24 ⌐ 1: ~ 1

U.S. DISTRICT COURT
DISTRICT OF MASS.

|  |  |
|---|---|
| Iva Dovlentis,          PLAINTIFF | ) ) ) ) |
| v. | ) )    Civ. A. No. _____ |
| Innova, Inc.,          DEFENDANT | ) ) ) ) |

## NOTICE OF REMOVAL

TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS:

Defendant Innova, Inc., pursuant to 28 U.S.C. §§ 1441, 1446 and 1332(a)(1) and (c), hereby removes the action brought against it by Iva Dovlentis in the Middlesex Superior Court of the Commonwealth of Massachusetts and in support states as follows:

1.      Plaintiff, a resident of Lowell, Massachusetts, filed a complaint naming Defendant as a defendant in the Middlesex Superior Court Court (*Civ. A. No. 04-3097*). No trial has been had therein. Defendant was provided with a copy of the complaint on or about August 12, 2004. Copies of the Summons, Civil Action Cover Sheet and Complaint are attached as Exhibits A, B and C respectively.

2.      Defendant is an Iowa corporation with a principal places of business in Iowa.

3.      Plaintiff has alleged against the Defendant tort liability for an exploding pressure cooker and has itemized alleged damages exceeding $228,000.00. Based upon these allegations, and information and belief, Defendant states that the matter in controversy exceeds $75,000, exclusive of interest and costs.

-2-

4.    The United States District Court for the District of Massachusetts has diversity jurisdiction over this matter pursuant to 28 U.S.C. § 1332(a)(1) and (c).

5.    This notice of removal is timely and filed pursuant to 28 U.S.C. § 1446(a) and (b).

6.    Certified copies of all process, pleadings and orders served on Defendant in the state court action will be forthcoming from the state court.

**WHEREFORE,** Defendant removes this case to this Court and requests that this Court assume jurisdiction of the case and take all further action as may be required to determine this controversy.

Dated:    August 25, 2004

Defendant Innova, Inc.
by Its Attorneys

Robert L. Ciociola
BBO #084140
Gabriel D. M. Ciociola
BBO # 636072
Litchfield Cavo
6 Kimball Lane, Suite 100
Lynnfield, MA 01940
(781) 309-1500
(781) 246-0167 Fax

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon all counsel of record by first class mail on August 25, 2004.

Robert L. Ciociola

*A*

TO PLAINTIFF'S ATTORNEY: PLEASE CIRCLE TYPE OF ACTION INVOLVED: —
(TORT) — MOTOR VEHICLE TORT — CONTRACT —
EQUITABLE RELIEF — OTHER

## COMMONWEALTH OF MASSACHUSETTS

MIDDLESEX                        , ss
[Seal]

SUPERIOR COURT
DEPARTMENT
OF THE
TRIAL COURT
CIVIL ACTION
No. *04-3097*

*Iva Doulentis*, Plaintiff(s)

v.

*Innova, Inc.*, Defendant(s)

## SUMMONS

To the above-named Defendant: *Innova Inc, 409 West 76th St, Davenport, Iowa*

You are hereby summoned and required to serve upon *Daniel J. Wilkins*

plaintiff's attorney, whose address is *92 Chelmsford Street,*
*Chelmsford, MA 01824* , an answer to the complaint which is herewith

served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you

fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also

required to file your answer to the complaint in the office of the Clerk of this court at *Lowell, MA*

, either before service upon plaintiff's attorney or within a

reasonable time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which you may

have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's

claim or you will thereafter be barred from making such claim in any other action.

Witness, Suzanne V. DelVecchio, Esquire, at *Cambridge, MA*

the *6th* day of *August, 2004*

, in the year of our Lord *2004*

*Edward J Sullivan*
Clerk

NOTES.
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all such defendants should appear in the caption. If a separate summons is used
for each defendant, each should be addressed to the particular defendant.

SUR — 007

AUG-12-2004 16:22 CR FORD CO 7814444381 P.04 06 004

PRZYBYLSKI

| CIVIL ACTION COVER SHEET | DOCKET NO(S) 04-3097 | Trial Court of Massachusetts Superior Court Department County: MIDDLESEX |
|---|---|---|

PLAINTIFF(S)
IVA DOULENTIS

DEFENDANT(S)
INNOVA, INC

ATTNEY, FIRM NAME, ADDRESS AND TELEPHONE
DANIEL J. WILKINS
2 CHELMSFORD STREET, CHELMSFORD, MA 01824
rd of Bar Overseers number: 541511    978-250-5424

ATTORNEY (if known)

## Origin code and track designation

ce an x in one box only:
1. F01 Original Complaint
2. F02 Removal to Sup.Ct. C.231,s.104 (Before trial)  (F)
3. F03 Retransfer to Sup.Ct. C.231,s.102C (X)

☐ 4. F04 District Court Appeal c.231, s. 97 & 104 (After trial)  (X)
☐ 5. F05 Reactivated after rescript; relief from judgment/Order (Mass.R.Civ.P. 60) (X)
☐ 6. E10 Summary Process Appeal (X)

## TYPE OF ACTION AND TRACK DESIGNATION (See reverse side)

OE NO.    TYPE OF ACTION (specify)    TRACK    IS THIS A JURY CASE?

305    Products Liability (A )    (K ) Yes    ( ) No

a following is a full, itemized and detailed statement of the facts on which plaintiff relies to determine ney damages.  For this form, disregard double or treble damage claims; indicate single damages only.

## TORT CLAIMS
(Attach additional sheets as necessary)

Documented medical expenses to date:
1. Total hospital expenses ........................................ $ 6,692.46
2. Total Doctor expenses .......................................... $ 1,800.00
3. Total chiropractic expenses .................................... $ 0
4. Total physical therapy expenses ............................... $ 0
5. Total other expenses (describe) ... Messages, Medication, etc ... $ 1,500.00

Subtotal $ ...........

Documented lost wages and compensation to date ....................... $ 4,500.00
Documented property damages to date .................................. $ 100.00
Reasonably anticipated future medical and hospital expenses . Potential Cosmetic Surgery + $ 15,000.00
Reasonably anticipated lost wages .................................... $ 5,200.00
Other documented items of damages (describe)

$ ...........

Brief description of plaintiff's injury, including nature and extent of injury (describe)

The Plaintiff was seriously burned on her chest, forearms, neck and face from a defective pressure cooker designed + manufactured by the Plaint $200,000 The Plaintiff has permanent scarring and other disability, pain + suffering

TOTAL $ 224,292.46

## CONTRACT CLAIMS
(Attach additional sheets as necessary)

le a detailed description of claim(s):

TOTAL $ ...........

ASE IDENTIFY, BY CASE NUMBER, NAME AND COUNTY, ANY RELATED ACTION PENDING IN THE SUPERIOR HT DEPARTMENT

reby certify that I have complied with the requirements of Rule 5 of the Supreme Judicial Court Uniform Rules on ute Resolution (SJC Rule 1:18) requiring that I provide my clients with information about court-connected dispute lution services and discuss with them the advantages and disadvantages of the various methods."

ture of Attorney of Record _____    DATE: 8/6/04

TRCOS-11/99

*C*

# COMMONWEALTH OF MASSACHUSETTS

MIDDLESEX, ss.

SUPERIOR COURT DEPARTMENT
DOCKET NO.

04-3097



IVA DOVLENTIS,
                    Plaintiff

        vs.

INNOVA, INC.
                    Defendant

)
)
)
)
)
)
)
)
)

COMPLAINT
(DEMAND FOR JURY TRIAL)

FILED
IN THE OFFICE OF THE
CLERK OF THE COURTS
FOR THE COUNTY OF MIDDLESEX

AUG 06 2004

CLERK

## INTRODUCTION

This an action relates to injuries sustained by the Plaintiff occurring on August 7, 2001 resulting from a defective pressure cooker which was designed, manufactured and marketed by the Defendant, Innova, Inc. The Plaintiff suffered serious burns and other related injury attributable to the Defendant's negligence and breach of warranties.

## PARTIES

1.    The Plaintiff, Iva Dovlentis, ("Dovlentis"), is an individual residing at 17 Park Street, Lowell, Middlesex County, Massachusetts.

2.    The Defendant, Innova, Inc. is which upon information and belief, a corporation organized under the laws of the State of Iowa and does business located at 409 West 76th Street, Davenport, Iowa. The Defendant, Innova, regularly transacts business within the Commonwealth of Massachusetts.

## COUNT I

3.    The Defendant is engaged in the manufacture, design and sales of certain consumer products soliciting the patronage of the general public for the sale its goods including certain pressure cookers.

4.    The Plaintiff, Dovlentis, purchased a Model 42008, 3 quart stainless steel Pressure Cooker from the Defendant.

5.   On August 7, 2001, the Plaintiff removed the new pressure cooker from its original packaging and proceeded to use the product as instructed and as historically used by the Plaintiff.

6.   The pressure cooker was significantly defective and failed to operate as warranted and represented. Specifically, the pressure safety mechanism failed and the cooker exploded causing the Plaintiff to be severely injured with burns on arms, neck, face and chest.

7.   The pressure cooker was defectively and/or negligently designed and manufactured by the Defendant, Innova, Inc.

8.   As a result of said negligence and defective design and manufacturing, Dovlentis received and sustained serious personal injury and continues to experience pain and suffering and experienced significant periods of disability.

**WHEREFORE**, the Plaintiff, Iva Dovlentis, respectfully demands judgment for damages and costs.

### JURY DEMAND

**THE PLAINTIFF DEMANDS A TRIAL BY JURY AS TO ANY ISSUES SO TRIABLE.**

IVA DOVLENTIS
By her attorney,

Daniel J. Wilkins, Esquire (BBO#548511)
92 Chelmsford Street
Chelmsford, Massachusetts  01824
(978) 250-4424

Dated:  8/6/04

2

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1.  Title of case (name of first party on each side only)  Dovlentis v. Innova

2.  Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet.  (See local rule 40.1(a)(1)).

|   | | |
|---|---|---|
| ☐ | I. | 160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT. |
| ☐ | II. | 195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730, 740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950. |
| ☒ | III. | 110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310, 315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371, 380, 385, 450, 891. |
| ☐ | IV. | 220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660, 690, 810, 861-865, 870, 871, 875, 900. |
| ☐ | V. | 150, 152, 153. |

*Also complete AO 120 or AO 121 for patent, trademark or copyright cases

3.  Title and number, if any, of related cases.  (See local rule 40.1(g)).  If more than one prior related case has been filed in this district please indicate the title and number of the first filed case in this court.

4.  Has a prior action between the same parties and based on the same claim ever been filed in this court?
    YES ☐    NO ☒

5.  Does the complaint in this case question the constitutionality of an act of congress affecting the public interest?  (See 28 USC §2403)
    YES ☐    NO ☒

    If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?
    YES ☐    NO ☐

6.  Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?
    YES ☐    NO ☒

7.  Do all of the parties in this action, excluding governmental agencies of the united states and the Commonwealth of Massachusetts ("governmental agencies"), residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)).
    YES ☒    NO ☐

    A.  If yes, in which division do all of the non-governmental parties reside?
        Eastern Division ☒    Central Division ☐    Western Division ☐

    B.  If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies, residing in Massachusetts reside?
        Eastern Division ☐    Central Division ☐    Western Division ☐

8.  If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court?  (If yes, submit a separate sheet identifying the motions)
    YES ☐    NO ☒

(PLEASE TYPE OR PRINT)

ATTORNEY'S NAME  Gabriel D. M. Cicciola, Esquire, Litchfield Cavo

ADDRESS  6 Kimball Lane, Suite 100, Lynnfield, MA 01940

TELEPHONE NO.  781-309-1500

(Coversheetlocal.wpd - 10/17/02)

# Commonwealth of Massachusetts
## County of Middlesex
### The Superior Court

**I, Michael Brennan, Assistant Clerk** of the Superior Court of the Commonwealth of Massachusetts  within and for said County of Middlesex, do certify that the papers hereto annexed are true pleadings in case No. **MICV2004-03097** entered in the Superior Court on **08/06/2004.**

**IN TESTIMONY WHEREOF I** hereunto set my hand and affix the seal of said Superior Court  at said Lowell this 14th day of September, in the year of our Lord 2004

Michael M. Brennan,
Clerk of the Courts



cvdremlett_1.wpd 2617265 removus ginger

**Commonwealth of Massachusetts**
**MIDDLESEX SUPERIOR COURT**
**Case Summary**
**Civil Docket**

09/14/2004
09:09 AM

# MICV2004-03097
## Doveintis v Innova, Inc.

| | | | | | | |
|---|---|---|---|---|---|---|
| **File Date** | 08/06/2004 | **Status** | Disposed: transfered to other court (dtrans) | | | |
| **Status Date** | 09/14/2004 | **Session** | L - Cv time-stan 1 (Lowell) | | | |
| **Origin** | 1 | **Case Type** | B05 - Products liability | | | |
| **Lead Case** | | **Track** | A | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Service** | 11/04/2004 | **Answer** | 01/03/2005 | **Rule12/19/20** | 01/03/2005 |
| **Rule 15** | 10/30/2005 | **Discovery** | 09/25/2006 | **Rule 56** | 11/24/2006 |
| **Final PTC** | 03/24/2007 | **Disposition** | 08/06/2007 | **Jury Trial** | Yes |

### PARTIES

**Plaintiff**
Iva Doveintis
17 Park Street
Active 08/06/2004

**Private Counsel 548511**
Daniel J Wilkins
92 Chelmsford Street
Chelmsford, MA 01824
Phone: 978-250-4424
Fax: 978-250-0419
Active 08/06/2004 Notify

**Defendant**
Innova, Inc.
409 West 76th Street
Service pending 08/06/2004

**Private Counsel 084140**
Robert L Ciociola
Litchfield Cavo
6 Kimball Lane
Suite 100
Lynnfield, MA 01940
Phone: 781-246-0155
Fax: 781-246-0167
Active 09/13/2004 Notify

**Private Counsel 636072**
Gabriel D Ciociola
Litchfield Cavo
6 Kimball Lane
Suite 100
Lynnfield, MA 01940
Phone: 781-246-0155
Fax: 781-246-0167
Active 09/13/2004 Notify



MIDDLESEX, ss.
Commonwealth of Massachusetts
SUPERIOR COURT DEPARTMENT OF THE TRIAL COURT
In testimony that the foregoing is a true copy on file and of record made by photographic process, I hereunto set my hand and affix the seal of said Superior Court.
Assistant Clerk

### ENTRIES

| Date | Paper | Text |
|---|---|---|
| 08/06/2004 | 1.0 | Complaint & civil action cover sheet filed |
| 08/06/2004 | | Origin 1, Type B05, Track A. |
| 09/07/2004 | 2.0 | Notice of Removal |
| 09/07/2004 | | Copy of Petition to U.S. District Court |
| 09/14/2004 | | Case REMOVED this date to US District Court of Massachusetts |

### EVENTS

# Commonwealth of Massachusetts
## County of Middlesex
### The Superior Court

CIVIL DOCKET # **MICV2004-03097-L**

RE:   **Dovelntis v Innova, Inc.**

TO: Daniel J Wilkins, Esquire
92 Chelmsford Street
Chelmsford, MA 01824

## TRACKING ORDER - A TRACK

You are hereby notified that this case is on the track referenced above as per Superior Court Standing Order 1-88. The order requires that the various stages of litigation described below must be completed not later than the deadlines indicated.

| STAGES OF LITIGATION | DEADLINE |
|---|---|
| Service of process made and return filed with the Court | 11/04/2004 |
| Response to the complaint filed (also see MRCP 12) | 01/03/2005 |
| All motions under MRCP 12, 19, and 20 filed | 01/03/2005 |
| All motions under MRCP 15 filed | 10/30/2005 |
| All discovery requests and depositions completed | 09/25/2006 |
| All motions under MRCP 56 served and heard | 11/24/2006 |
| Final pre-trial conference held and/or firm trial date set | 03/24/2007 |
| Case disposed | 08/06/2007 |

The final pre-trial deadline is **not the scheduled date of the conference.** You will be notified of that date at a later time.
**Counsel for plaintiff must serve this tracking order on defendant before the deadline for filing return of service.**

This case is assigned to session "L" sitting in **Cv CrtRm (Lowell)  Middlesex Superior Court.**

Dated: 08/06/2004

Edward J. Sullivan
Clerk of the Court

BY: Michael Brennan
Assistant Clerk

Location: Cv CrtRm (Lowell)
Telephone: 978-453-0201

**Disabled individuals who need handicap accommodations should contact the Administrative Office of the Superior Court at (617) 788-8130**

Check website as to status of case: http://ma-trialcourts.org/tcic
2603440 inidoc01 dipacee

| CIVIL ACTION COVER SHEET | DOCKET NO(S) 04-309** | Trial Court of Massachusetts Superior Court Department County: *MIDDLESEX* |
|---|---|---|

**PLAINTIFF(S)**
*IVA DOVLENTIS*

**DEFENDANT(S)**
*INNOVA, INC*

**ATTORNEY, FIRM NAME, ADDRESS AND TELEPHONE**
*DANIEL J. WILKINS*
*92 CHELMSFORD STREET, CHELMSFORD, MA 01824*
Board of Bar Overseers number: *548511*    *978-250-4424*

**ATTORNEY** (if known)

## Origin code and track designation

Place an x in one box only:
- [x] 1. F01 Original Complaint
- [ ] 2. F02 Removal to Sup.Ct. C.231,s.104 (Before trial) (F)
- [ ] 3. F03 Retransfer to Sup.Ct. C.231,s.102C (X)

- [ ] 4. F04 District Court Appeal c.231, s. 97 &104 (After trial) (X)
- [ ] 5. F05 Reactivated after rescript; relief from judgment/Order (Mass.R.Civ.P. 60) (X)
- [ ] 6. E10 Summary Process Appeal (X)

## TYPE OF ACTION AND TRACK DESIGNATION (See reverse side)

CODE NO.    TYPE OF ACTION (specify)    TRACK    IS THIS A JURY CASE?

*B05*    *Products Liability (A)*    ( *K* ) Yes    ( ) No

**The following is a full, itemized and detailed statement of the facts on which plaintiff relies to determine money damages. For this form, disregard double or treble damage claims, indicate single damages only.**

### TORT CLAIMS
(Attach additional sheets as necessary)

A. Documented medical expenses to date:
1. Total hospital expenses . . . . . . . . . . . . . . . . . . . . . . . . . . . $ *1,692.46*
2. Total Doctor expenses . . . . . . . . . . . . . . . . . . . . . . . . . . . $ *1,000.00*
3. Total chiropractic expenses . . . . . . . . . . . . . . . . . . . . . . . . $ *0*
4. Total physical therapy expenses . . . . . . . . . . . . . . . . . . . . . . $ *0*
5. Total other expenses (describe) . . . . *Dressings, Medications, etc* . . . $ *1,000.00*

Subtotal $ *4,500.00*

B. Documented lost wages and compensation to date . . . . . . . . . . . . . . . $ *4,500.00*
C. Documented property damages to date . . . . . . . . . . . . . . . . . . . . $ *100.00*
D. Reasonably anticipated future medical and hospital expenses *Potential Cosmetic Surgery +* $ *15,000.00*
E. Reasonably anticipated lost wages . . . . . . . . . . . . . . . . *Grafting* $ *5,000.00*
F. Other documented items of damages (describe)

$

G. Brief description of plaintiff's injury, including nature and extent of injury (describe)

*The Plaintiff was seriously burned on her chest, forearms, neck and face from a defective pressure cooker designed + manufactured by the Plaintiff. $200,000 The Plaintiff has permanent scarring and other disability, pain + suffering*

TOTAL $ *228,292.46*

### CONTRACT CLAIMS
(Attach additional sheets as necessary)

Provide a detailed description of claim(s):

TOTAL $ . . . . . . . . . . . .

PLEASE IDENTIFY, BY CASE NUMBER, NAME AND COUNTY, ANY RELATED ACTION PENDING IN THE SUPERIOR COURT DEPARTMENT

**"I hereby certify that I have complied with the requirements of Rule 5 of the Supreme Judicial Court Uniform Rules on Dispute Resolution (SJC Rule 1:18) requiring that I provide my clients with information about court-connected dispute resolution services and discuss with them the advantages and disadvantages of the various methods."**

Signature of Attorney of Record _____    DATE: *8/6/04*

AOTC-6 mtc005-11/99
A.O.S.C. 1-2000

[STAMP: IN THE OFFICE OF THE CLERK OF THE COURTS  AUG 06 2004  Edward ____  CLERK.]

# COMMONWEALTH OF MASSACHUSETTS

MIDDLESEX, *ss.*



SUPERIOR COURT DEPARTMENT
DOCKET NO.

04-3097

IVA DOVLENTIS,

*Plaintiff*

vs.

INNOVA, INC.

*Defendant*

COMPLAINT
(DEMAND FOR JURY TRIAL)

08/06/04  11:31#0000 0119 CLERK E
CIVIL          240.00
SURCHARGE       15.00
SUMMONS         15.00
SECC            20.00
043097 #
SUBTTL         290.00
TOTAL  290.00
CHECK          290.00

### INTRODUCTION

This an action relates to injuries sustained by the Plaintiff occurring on August 7, 2001 resulting from a defective pressure cooker which was designed, manufactured and marketed by the Defendant, Innova, Inc. The Plaintiff suffered serious burns and other related injury attributable to the Defendant's negligence and breach of warranties.

### PARTIES

1.  The Plaintiff, Iva Dovlentis, ("Dovlentis"), is an individual residing at 17 Park Street, Lowell, Middlesex County, Massachusetts.

2.  The Defendant, Innova, Inc. is which upon information and belief; a corporation organized under the laws of the State of Iowa and does business located at 409 West 76th Street, Davenport, Iowa. The Defendant, Innova, regularly transacts business within the Commonwealth of Massachusetts.

### COUNT I

3.  The Defendant is engaged in the manufacture, design and sales of certain consumer products soliciting the patronage of the general public for the sale its goods including certain pressure cookers.

4.  The Plaintiff, Dovlentis, purchased a Model 42008, 8 quart stainless steel Pressure Cooker from the Defendant.

5.    On August 7, 2001, the Plaintiff removed the new pressure cooker from its original packaging and proceeded to use the product as instructed and as historically used by the Plaintiff.

6.    The pressure cooker was significantly defective and failed to operate as warranted and represented. Specifically, the pressure safety mechanism failed and the cooker exploded causing the Plaintiff to be severely injured with burns on arms, neck, face and chest.

7.    The pressure cooker was defectively and/or negligently designed and manufactured by the Defendant, Innova, Inc.

8.    As a result of said negligence and defective design and manufacturing, Dovlentis received and sustained serious personal injury and continues to experience pain and suffering and experienced significant periods of disability.

**WHEREFORE**, the Plaintiff, Iva Dovlentis, respectfully demands judgment for damages and costs.

---

**JURY DEMAND**

**THE PLAINTIFF DEMANDS A TRIAL BY JURY AS TO ANY ISSUES SO TRIABLE.**

IVA DOVLENTIS
By her attorney,

Daniel J. Wilkins, Esquire (BBO#548511)
92 Chelmsford Street
Chelmsford, Massachusetts 01824
(978) 250-4424

Dated:    8/6/04

COMMONWEALTH OF MASSACHUSETTS

MIDDLESEX, SS.                          SUPERIOR COURT DEPARTMENT
                                        CIVIL ACTION NO.: 04-3097

_____
                                )
Iva Dovlentis,                  )
                    PLAINTIFF   )
                                )
          v.                    )
                                )
Innova, Inc.,                   )
                    DEFENDANT   )
_____)

FILED
IN THE OFFICE OF THE
CLERK OF THE COURTS
FOR THE COUNTY OF MIDDLESEX

SEP 07 2004

CLERK

## **NOTICE OF REMOVAL**

Defendant Innova, Inc. ("Defendant"), pursuant to 28 U.S.C. §§ 1441, 1446 and

1332(a)(1) and (c), hereby removes the action brought against it by Iva Dovlentis ("Plaintiff") in

the Middlesex Superior Court and in support states as follows:

      1.      Plaintiff, a resident of Lowell, Massachusetts, filed a complaint naming

Defendant as a defendant in the Middlesex Superior Court Court (*Civ. A. No. 04-3097*). No trial

has been had therein. Defendant was provided with a copy of the complaint on or about August

12, 2004.

      2.      Defendant is an Iowa corporation with a principal places of business in Iowa.

      3.      Plaintiff has alleged against the Defendant tort liability for an exploding pressure

cooker and has itemized alleged damages exceeding $228,000.00. Based upon these allegations,

and information and belief, Defendant states that the matter in controversy exceeds $75,000,

exclusive of interest and costs.

      4.      The United States District Court for the District of Massachusetts has diversity

jurisdiction over this matter pursuant to 28 U.S.C. § 1332(a)(1) and (c).

      5.      This notice of removal is timely and filed pursuant to 28 U.S.C. § 1446(a) and (b).

6.    Defendant requests that certified copies of all process, pleadings and orders served on Defendant in the state court action be forwarded from this court to the United States District Court for the District of Massachusetts.

**WHEREFORE,** Defendant removes this case to the federal district court and requests that certified copies of all pleadings in this matter be forwarded.

Dated:    August 25, 2004

Defendant Innova, Inc.
by Its Attorneys

Robert L. Ciociola
BBO #084140
Gabriel D. M. Ciociola
BBO # 636072
Litchfield Cavo
6 Kimball Lane, Suite 100
Lynnfield, MA 01940
(781) 309-1500
(781) 246-0167 Fax

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon all counsel of record by first class mail on August 25, 2004.

Robert L. Ciociola



**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

Iva Dovlentis,

           PLAINTIFF

      v.

Innova, Inc.,

           DEFENDANT

)
)
)
)
)
)
)
)
)

**NOTICE OF REMOVAL**

TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS:

    Defendant Innova, Inc., pursuant to 28 U.S.C. §§ 1441, 1446 and 1332(a)(1) and (c), hereby removes the action brought against it by Iva Dovlentis in the Middlesex Superior Court of the Commonwealth of Massachusetts and in support states as follows:

    1.    Plaintiff, a resident of Lowell, Massachusetts, filed a complaint naming Defendant as a defendant in the Middlesex Superior Court Court (*Civ. A. No. 04-3097*). No trial has been had therein. Defendant was provided with a copy of the complaint on or about August 12, 2004. Copies of the Summons, Civil Action Cover Sheet and Complaint are attached as Exhibits A, B and C respectively.

    2.    Defendant is an Iowa corporation with a principal places of business in Iowa.

    3.    Plaintiff has alleged against the Defendant tort liability for an exploding pressure cooker and has itemized alleged damages exceeding $228,000.00. Based upon these allegations, and information and belief, Defendant states that the matter in controversy exceeds $75,000, exclusive of interest and costs.

-2-

4.     .  The United States District Court for the District of Massachusetts has diversity

jurisdiction over this matter pursuant to 28 U.S.C. § 1332(a)(1) and (c).

5.      This notice of removal is timely and filed pursuant to 28 U.S.C. § 1446(a) and (b).

6.      Certified copies of all process, pleadings and orders served on Defendant in the

state court action will be forthcoming from the state court.

**WHEREFORE**, Defendant removes this case to this Court and requests that this Court

assume jurisdiction of the case and take all further action as may be required to determine this

controversy.

Dated:    August 25, 2004                          Defendant Innova, Inc.
                                                   by Its Attorneys


                                                   _____
                                                   Robert L. Ciociola
                                                   BBO #084140
                                                   Gabriel D. M. Ciociola
                                                   BBO # 636072
                                                   Litchfield Cavo
                                                   6 Kimball Lane, Suite 100
                                                   Lynnfield, MA 01940
                                                   (781) 309-1500
                                                   (781) 246-0167 Fax


## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon all counsel of

record by first class mail on August 25, 2004.


                                                   _____
                                                   Robert L. Ciociola