UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IVA DOVLENTIS,<br><br>    PLAINTIFF,<br><br>V.<br><br>INNOVA, INC.,<br><br>    DEFENDANT. | CIV. A. NO. 04-11904 RCL |

### STATEMENT OF DEFENDANT INNOVA, INC. UNDER RULE 26(f) AND LOCAL RULE 16(D) AS MODIFIED BY BENCH ORDER

Pursuant to Rule 26(f) of the Federal Rules of Civil Procedure and Local Rule 16.1(D), Defendant Innova, Inc., ("Innova") by its undersigned counsel, submits the following statement. Counsel for Innova states that he is submitting a separate statement because efforts to contact Plaintiff's counsel by telephone over the past several weeks have not produced any return calls from Plaintiff's counsel.

### SUMMARY STATEMENT OF CASE

In this product liability case, Plaintiff alleges that she suffered personal injuries when a pressure cooker which she was using and which was manufactured by Defendant malfunctioned. Defendant has denied that its product was defective or that it breached any warranties to Plaintiff.

### INNOVA'S PROPOSED DISCOVERY PLAN

1.  Initial disclosures under Fed. R. Civ. P. 26 (a)(1) and Local Rule 26.2(A) shall be served by regular mail on January 7, 2005.

2. The parties' first sets of interrogatories, first requests for production documents, and first sets of request for admissions shall be served by regular mail on February 1, 2005.

3. The parties' answers and responses to the first sets of interrogatories, first requests for production of documents, and first sets of request for admissions shall be served by regular mail on March 4, 2005.

4. Copies of requested documents not previously produced pursuant Fed. R. Civ. P. 26(a)(1) and Local Rule 26.2(A) shall be served by regular mail on March 15, 2005.

5. Any motions to compel discovery or to seek protective orders concerning disputes about the first sets of written discovery which remain unresolved after conference between counsel shall be filed and served by regular mail on March 30, 2005.

6. Responses to any motions to compel discovery or to seek protective orders concerning unresolved disputes about the first sets of written discovery shall be filed and served by regular mail on April 14, 2005.

7. Fact witness depositions shall be conducted between May 2, 2005 and June 30, 2005.

8. Disclosures concerning experts under Fed. R. Civ. P. 26(a)(2)(A), (B) and (C) shall be served by regular mail on July 15, 2005.

9. Disclosures concerning rebuttal experts under Fed. R. Civ. P. 26(a)(2)(A),(B) and (C) shall be served by regular mail on August 15, 2005.

10. The parties' pretrial disclosures under Fed. R. Civ. P. 26(3) shall be served by regular mail on September 30, 2000.

## SCHEDULE FOR FILING MOTIONS

1. All motions concerning the first sets of written discovery shall be filed and served in accordance with the joint discovery plan set forth above.

2. All other motions concerning discovery shall be filed and served within ten days after counsel have conferred and have concluded that they cannot resolve the dispute. Responses to such motions shall be filed and served within fifteen days after service of the motions.

3. Summary judgment motions shall be filed and served by regular mail on November 1, 2005.

4. Opposition to any summary judgment motion shall be filed and served by regular mail on November 22, 2005.

5. Reply briefs and sur reply briefs shall be permitted only by leave of the court for good cause shown.

## CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)(a) AND (b)

The certification of the Innova, Inc. and its counsel required by Local Rule 16.1(D)(3)(a) and (b) is attached to this joint statement.

Dated:        December 1, 2004

>Defendant Innova, Inc.
>By its Attorneys,
>
>_____
>Robert L. Ciociola BBO# 084140
>Gabriel D. M. Ciociola BBO# 636072
>Litchfield Cavo
>6 Kimball Lane, Suite 100
>Lynnfield, MA 01940
>(781) 309-1500
>(781) 246-0167 Fax

## CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)(a) AND (b) OF THIRD PARTY DEFENDANT SAMMIE R. BOWDEN, JR.

Defendant Innova, Inc. and its counsel, Litchfield Cavo, hereby certify and affirm that they have conferred:

(a) with a view of establishing a budget for the cost of conducting the full course - and various alternative courses - of litigation; and,

(b) to consider the resolution of litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

_____
Innova, Inc.
By Lewis Mendelson

_____
Robert L. Ciociola, Lead Trial Counsel
for Innova, Inc.