UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**IVA DOVLENTIS**

V.                               CIVIL ACTION NO. 04-11904-RCL

**INNOVA, INC.**

### ORDER OF DISMISSAL

LINDSAY, D.J.

A Scheduling Conference having been scheduled on December 1, 2004 and counsel for the plaintiff having failed to appear, after being duly noticed by the Court, it is hereby ORDERED:

Case DISMISSED for failure to prosecute.

December 8, 2004
```
                              /s/ Lisa M. Hourihan
                              --------------------------
                              Deputy Clerk
```