UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS (BOSTON)

| | |
|---|---|
| IVA DOVLENTIS )<br>    *Plaintiff* )<br>)<br>)<br>vs. )<br>)<br>)<br>INNOVA, INC. )<br>    *Defendants* ) | DOCKET #04-CV-11904-RCL |

**MOTION OF PLAINTIFF, IVA DOVLENTIS,
TO VACATE ORDER OF DISMISSAL**

Now comes the Plaintiff, Iva Dovlentis, by and through the undersigned counsel, respectfully moves this Court pursuant to Rule 60 of the Federal Rules of Civil Procedure to vacate the order of dismissal entered on December 8, 2004. As grounds therefore, the Plaintiff states that the dismissal was entered as a result of excusable neglect and inadvertence. The Plaintiff submits the accompanying Affidavit in support hereof.

**WHEREFORE**, the Plaintiff, Iva Dovlentis, respectfully requests that this Court set aside the entry of dismissal.

Respectfully submitted,
**IVA DOVLENTIS**
By her Attorney

Daniel J. Wilkins
92 Chelmsford Street
Chelmsford, MA 01824
(978) 250-4424

## CERTIFICATE OF SERVICE

I, Daniel J. Wilkins, hereby certify that I have caused a copy of the within Motion to Vacate Entry of Dismissal to be served on this 3 day of January, 2005, by first class mail, postage prepaid to the below listed party.

Robert L. Ciociola, Esquire
LITCHFIELD CAVO
6 Kimball Lane. Suite 100
Lynnfield, MA 01940

_____
Daniel J. Wilkins, Esquire