UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS (BOSTON)

| | |
|---|---|
| IVA DOVLENTIS ) | |
| *Plaintiff* ) | |
| ) | |
| vs. ) | DOCKET #04-CV-11904-RCL |
| ) | |
| INNOVA, INC. ) | |
| **Defendants** ) | |

**AFFIDAVIT IN SUPPORT OF MOTION OF PLAINTIFF
TO VACATE ORDER OF DISMISSAL**

I, Daniel J. Wilkins, under oath hereby depose and swear as follows:

1. I am an attorney duly licensed in the Commonwealth of Massachusetts. I represent the Plaintiff in this matter, Iva Dovlentis.

2. From early August, 2004 through the present, 2004, I have spent limited time in my office due to my mother's illness and the need to provide care for her, the care for my 80 year old father, and for my 50 year old brother who suffers from down syndrome. Ultimately, my mother passed away on September 5, 2004. (See attached). My obligations to my family continue to impact my ability to maintain my law practice. On December 30th of this month, I will be relocating my family into my father's home, which should alleviate some of the associated burden and will allow me to re-focus on my practice.

3. Due to the aforementioned, I have been unable to respond to the contacts from Defense Counsel. Additionally, I neglected to appear at the scheduling conference on December 1, 2004 due to my failure to properly calendar this matter.

4. It is my belief that my failure to timely respond to the Complaint arises from the unique circumstances set forth above, which are excusable.

Daniel J. Wilkins



# Commonwealth of Massachusetts
## CITY OF LOWELL

## CERTIFICATE RECORD OF DEATH
** Copy of Record of Death **

Office of the City Clerk: **Richard C. Johnson**
Registered Number: **877-2004**
Date of Record: **September 10, 2004**

## DECEDENT

Name: **VIRGINIA M. WILKINS**

Date of Death: **September 05, 2004**   Date of Birth: **December 31, 1928**   Age: **75 Yrs**

Gender: **Female**

Marital Status: **Married**   Color/Race: **WHITE**

Residence: **7 HIDDEN WAY CHELMSFORD, MA**

Place of Death: **SAINTS MEMORIAL MEDICAL CENTER LOWELL, MA**

Name of Spouse: **HENRY E. WILKINS**

Occupation: **OFFICE MANAGER**   Birthplace: **BRAINTREE, MA**

Immediate Cause of Death: **HEPATIC FAILURE**
**METASTATIC COLON CANCER**

Place of Burial or Removal: **PINE RIDGE CEMETERY CHELMSFORD, MA**

## MOTHER

Maiden Name of Mother: **ETHEL HANDY**

Birthplace of Mother: **MA**

## FATHER

Name of Father: **FRED TRAPP**

Birthplace of Father: **MA**

I, the undersigned, hereby certify that I am the Clerk of the City of Lowell; that as such I have custody of the records of deaths required by law to be kept in my offices; I do hereby certify that the above is a true copy from said records.

WITNESS my hand and the SEAL OF THE CITY OF LOWELL at Lowell on this Friday, September 10, 2004.

Richard C. Johnson
CITY CLERK OF LOWELL

IT IS ILLEGAL TO ALTER OR REPRODUCE THIS DOCUMENT IN ANY MANNER

## CERTIFICATE OF SERVICE

I, Daniel J. Wilkins, hereby certify that I have caused a copy of the within Affidavit in Support of Motion to Vacate Entry of Dismissal to be served on this 3 day of January, 2005, by first class mail, postage prepaid to the below listed party.

Robert L. Ciociola, Esquire
LITCHFIELD CAVO
6 Kimball Lane. Suite 100
Lynnfield, MA 01940

_____
Daniel J. Wilkins, Esquire

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS (BOSTON)

| | |
|---|---|
| IVA DOVLENTIS<br>*Plaintiff*<br><br>vs.<br><br>INNOVA, INC.<br>*Defendants* | DOCKET #04-CV-11904-RCL |

## LOCAL RULE 7.1 CERTIFICATION

Counsel for the Plaintiff, Iva Dovlentis, hereby certifies that he has complied with the provisions of Local Rule 7.1 with respect to the Motion to Vacate Dismissal which is filed herewith. Counsel for both parties have conferred about the disposition of the motion and although Defendant's Counsel cannot assent to the motion, he has indicated that he has no strong objection thereto. As such, the Motion is being filed without assent.

Respectfully submitted,
IVA DOVLENTIS
By her Attorney

Daniel J. Wilkins
92 Chelmsford Street
Chelmsford, MA 01824
(978) 250-4424

## CERTIFICATE OF SERVICE

I, Daniel J. Wilkins, hereby certify that I have caused a copy of the within Local Rule 7.1 Certification to be served this 5 day of January, 2005, by first class mail, postage prepaid to the below listed party.

Robert L. Ciociola, Esquire
LITCHFIELD CAVO
6 Kimball Lane. Suite 100
Lynnfield, MA 01940

Daniel J. Wilkins, Esquire