UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS (BOSTON)

| | |
|---|---|
| IVA DOVLENTIS )<br>*Plaintiff* )<br>)<br>vs. )<br>)<br>INNOVA, INC. )<br>*Defendants* ) | DOCKET #04-CV-11904-RCL |

## MOTION TO CONTINUE ADR CONFERENCE
## (ASSENTED TO)

Now comes the Plaintiff, Iva Dovlentis, by and through the undersigned counsel, respectfully moves this Court to continue the ADR Conference scheduled before Magistrate Judge Marianne Bowler on July 25, 2005.

As grounds therefore, Counsel states that the Plaintiff is on vacation in her native Greece for the entire summer and unable to attend.

**WHEREFORE**, the Plaintiff, Iva Dovlentis, respectfully requests that this Court continue the ADR Conference until a date convenient to the Court.

Respectfully submitted,
IVA DOVLENTIS
By her Attorney

_____
Daniel J. Wilkins, Esquire
92 Chelmsford Street
Chelmsford, MA 01824
(978) 250-4424

Assented To:
INNOVA, INC.
By its Attorney

_____
Robert Ciociola, Esquire
Litchfield Cavo
6 Kimball Lane
Lynnfield, MA 01940

## CERTIFICATE OF SERVICE

I, Daniel J. Wilkins, hereby certify that I have caused a copy of the within Motion to Vacate Entry of Dismissal to be served on this 8th day of July, 2005, by first class mail, postage prepaid to the below listed party.

Robert L. Ciociola, Esquire
LITCHFIELD CAVO
6 Kimball Lane. Suite 100
Lynnfield, MA 01940

_____
Daniel J. Wilkins, Esquire