UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS (BOSTON)

| | | |
|---|---|---|
| IVA DOVLENTIS<br>   *Plaintiff* | )<br>)<br>)<br>) | |
| vs. | )<br>) | DOCKET #04-CV-11904-RCL |
| | )<br>) | |
| INNOVA, INC.<br>   *Defendants* | )<br>) | |

**MOTION TO CONTINUE ADR CONFERENCE**
**(ASSENTED TO)**

Now comes the Plaintiff, Iva Dovlentis, by and through the undersigned counsel, respectfully moves this Court to continue the ADR Conference scheduled before Magistrate Judge Marianne Bowler from July 25, 2005 to **Thursday, September 29, 2005 at 10:00 a.m.**

As grounds therefore, Counsel states that the Plaintiff is on vacation in her native Greece for the entire summer and unable to attend.

**WHEREFORE**, the Plaintiff, Iva Dovlentis, respectfully requests that this Court continue the ADR Conference until a date convenient to the Court.

               Respectfully submitted,
               IVA DOVLENTIS
               By her Attorney

               Daniel J. Wilkins, Esquire
               92 Chelmsford Street
               Chelmsford, MA 01824
               (978) 250-4424

Assented To:
**INNOVA, INC.**
By its Attorney

Robert Ciociola, Esquire
Litchfield Cavo
6 Kimball Lane
Lynnfield, MA 01940

## CERTIFICATE OF SERVICE

    I, Daniel J. Wilkins, hereby certify that I have caused a copy of the within Motion to Continue ADR Conference to be served on this 19th day of July, 2005, by first class mail, postage prepaid to the below listed party.

Robert L. Ciociola, Esquire
LITCHFIELD CAVO
6 Kimball Lane. Suite 100
Lynnfield, MA 01940

                                            Daniel J. Wilkins, Esquire