**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

IVA DOVLENTIS
    Plaintiff(s)

v.

CIVIL ACTION NO. 04-11904-RCL

INNOVA, INC.
Defendant(s)

**REPORT RE: REFERENCE FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

TO JUDGE LINDSAY

[ ]   The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[X]   On September 29, 2005, I held the following ADR proceeding:

    _____ SCREENING CONFERENCE    _____ EARLY NEUTRAL EVALUATION

    _X_ MEDIATION    _____ SUMMARY BENCH / JURY TRIAL

    _____ MINI-TRIAL    _____ SETTLEMENT CONFERENCE

    All parties were represented by counsel [except _____]

    The parties were / were not present in person or by authorized corporate officer [except _____].

    The case was:

[X]   Settled. Your clerk should enter a ___60___ day order of dismissal.

[ ]   There was progress. A further conference has been scheduled for _____ unless the case is reported settled prior to that date.

[ ]   Further efforts to settle this case at this time are, in my judgment, unlikely to be productive. This case should be restored to your trial list.

[ ]   Suggested strategy to facilitate settlement:

September 29, 2005              /s/ Marianne B. Bowler
DATE                                        ADR Provider
                                                          MARIANNE B. BOWLER, U.S.M.J.

(ADRreport.wpd - 4/12/2000)                                                             [adrrpt.]