## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IVA DOVLENTIS,<br><br><br>      PLAINTIFF,<br><br>V.<br><br>INNOVA, INC.,<br><br>      DEFENDANT. | CIV. A. NO. 04-11904 RCL |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The Plaintiffs hereby stipulates to dismiss all claims in the above-captioned cause of action, including all rights of appeal, **with prejudice** and without costs, interest, or attorneys' fees pursuant to Fed. R. Civ. P. 41 (a)(1)(ii)

The certification of the Innova, Inc. and its counsel required by Local Rule 16.1(D)(3)(a) and (b) is attached to this joint statement.

Dated:        December , 2005

Plaintiff Iva Dovlentis
By her Attorneys,

_____
Daniel J. Wilkins, Esquire
92 Chelmsford Street
Chelmsford, MA 01824
978-250-4424

Defendant Innova, Inc.
By its Attorneys,

_____
Robert L. Ciociola BBO# 084140
Litchfield Cavo.LLP
6 Kimball Lane, Suite 100
Lynnfield, MA 01940
(781) 309-1500
(781) 246-0167 Fax